# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| NICHOLAS COLAIZZI, | |
| Plaintiff, | 2:14-cv-02126-JCM-VCF |
| vs. | **ORDER** |
| BANK OF AMERICA, N.A., *et al.*, | |
| Defendants. | |

Before the court is the Stipulation of Extension of Time to File Answer (#9).

IT IS HEREBY ORDERED that a telephonic hearing to discuss Local Rule 6-1 is scheduled for 4:00 p.m., April 16, 2015, in courtroom 3D.

The parties are instructed to call telephone number: (702) 868-4911, access code: 123456, five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

DATED this 14th day of April, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE