Michael Kind, Esq.
NV Bar No. 13903
Kazerouni Law Group, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Telephone: (800) 400-6808x7
Facsimile: (800) 520-5523
mkind@kazlg.com

David H. Krieger
Haines & Krieger, LLC
8985 S. Eastern Avenue, Ste. 130
Henderson, NV 89123
Telephone: (702) 880-5554
Facsimile: (702) 383-5518

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| NICHOLAS COLAIZZI, <br><br> Plaintiff, <br><br> v. <br><br> **BANK OF AMERICA, N.A. and EQUIFAX INFORMATION SERVICES, LLC,** <br><br> Defendants | Case No.: 2:14-cv-02126-JCM-VCF <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |

///

///

///

///

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff NICHOLAS COLAIZZI voluntarily dismisses with prejudice the claims against Defendant EQUIFAX INFORMATION SOLUTIONS, LLC in the above-captioned matter. Each party will bear its own costs, disbursements, and attorney fees.

Dated: January 21, 2016

BY: /s/ MICHAEL KIND
MICHAEL KIND, ESQ.
ATTORNEY FOR PLAINTIFF

IT IS SO ORDERED January 25, 2016.

_____
UNITED STATES DISTRICT JUDGE

NOTICE OF VOLUNTARY DISMISSAL                                                       2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on January 21, 2016, the foregoing NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT EQUIFAX INFORMATION SERVICES LLC was served via CM/ECF to all parties appearing in this case.

**Kazerouni Law Group, APC**

By: /s/ Michael Kind
　　　Michael Kind, Esq.
　　　7854 W. Sahara Avenue
　　　Las Vegas, NV 89117